UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHERWYN ROCKE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>Defendant. | Case No.:  1:20-cv-11736-RWZ<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 BY DEFENDANT, MONARCH RECOVERY MANAGEMENT, INC.** |

PLEASE TAKE NOTICE that Defendant, Monarch Recovery Management, Inc. by and through its counsel, Margolis Edelstein, will respectfully move this Honorable Court for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to each of Plaintiff, Sherwyn Rocke's claims in his Amended Class Action Complaint.  In support of its Motion, Defendant will rely on its supporting Memorandum of Law, Statement of Undisputed Material Facts, Declaration and Exhibits.  Defendant's Motion shall be heard on a date and time set by this Honorable Court.

                                        **MARGOLIS EDELSTEIN**

BY:   */s/ Ronald M. Metcho*
         RONALD M. METCHO
         220 Penn Avenue, Suite 305
         Scranton, PA 18503
         (570) 342-4231 p / (570) 342-4841 f
         rmetcho@margolisedelstein.com
         Attorneys for Defendant
         Monarch Recovery Management, Inc.

Dated:  March 25, 2022