IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHERWYIN ROCKE,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>-against-<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>**Defendant.** | Civil Case Number: 1:20-cv-11736-RWZ<br><br>**DECLARATION** |

## DECLARATION OF YITZCHAK ZELMAN, ESQ.

I, Yitzchak Zelman, Esq., of full age, declare as follows:

1. I am an Attorney at Law admitted to practice *pro hac vice* in this matter and am a partner of the law firm Marcus & Zelman, LLC with offices located at 701 Cookman Avenue, Suite 300, Asbury Park, NJ 07712.

2. My firm represents Plaintiff, Sherwyin Rocke. I have personal knowledge of the facts stated herein based on a review of the files maintained by my office.

3. Attached as Exhibit A is a true and accurate copy of the February 12, 2020 Collection Letter mailed to Plaintiff by Defendant.

4. Attached as Exhibit B is a true and accurate copy of the transcript from the Plaintiff's deposition, conducted in this action on August 17, 2021.

5. Attached as Exhibit C is a true and accurate copy of the transcript from the Defendant's deposition, conducted in this action on September 10, 2021.

6. Attached as Exhibit D is a true and accurate copy of the Defendant's Response to Plaintiff's Request for Admission.

*In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: March 15, 2022

                                        MARCUS & ZELMAN, LLC

                                      By: /s/ Yitzchak Zelman_____
                                      Yitzchak Zelman, Esq.
                                      ATTORNEYS FOR PLAINTIFF
                                      701 Cookman Avenue, Suite 300
                                      Asbury Park, New Jersey 07712
                                      Phone: (732)695-3282
                                      Fax:    (732) 298-6256
                                      Email: yzelman@MarcusZelman.com

**CERTIFICATE OF SERVICE**

I, Yitzchak Zelman, hereby certify that I have on this 4th day of February 2021, filed a copy of the foregoing through the Court's CM/ECF system, which will serve an electronic copy on counsel of record identified in the Notice of Electronic Filing.

/s/ Yitzchak Zelman
Yitzchak Zelman