## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHERWYN ROCKE,** individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>       v.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.**<br><br>                 Defendant. | **Civil Action No.**<br><br>**1:20-cv-11736-RWZ** |

### DEFENDANT, MONARCH RECOVERY MANAGEMNET, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

NOW COMES Defendant, Monarch Recovery Management, Inc. (hereinafter "Monarch") by and through its undersigned counsel, Margolis Edelstein, and hereby submits the following responses and objections to Plaintiff, Sherwyn Rocke's (hereinafter "Plaintiff") First Set of Requests for Admissions, stating as follows:

1. MONARCH RECOVERY MANAGEMENT, INC. regularly collects debts owed or due to third parties.

   **RESPONSE:**

   Admitted.  Monarch admits that it regularly collects debts owed or due to third parties.

2. The principal business engaged in by MONARCH RECOVERY MANAGEMENT, INC. is the collection of debt owed or allegedly owed to third parties.

   **RESPONSE:**

   Admitted.  Monarch admits that its principal business is the collection of debts owed to third parties.

1

3.  MONARCH RECOVERY MANAGEMENT, INC. has attempted collection of at least 100 debts owed or allegedly owed to third parties during the year 2020.

    **RESPONSE:**

    Admitted.  Monarch admits that it has attempted collection of at least 100 debts owed or allegedly owed to third parties during the year 2020.

4.  MONARCH RECOVERY MANAGEMENT, INC. has attempted collection of at least 100 debts owed or allegedly owed to third parties during the year 2019.

    **RESPONSE:**

    Admitted.  Monarch admits that it has attempted collection of at least 100 debts owed or allegedly owed to third parties during the year 2019.

5.  The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $250,000.

    **RESPONSE:**

    Admitted.  Monarch admits that its net worth is greater than $250,000.

6.  The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $500,000.

    **RESPONSE:**

    Admitted.  Monarch admits that its net worth is greater than $500,000.

7.  The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $1,000,000.

    **RESPONSE:**

    Denied.  Monarch denies that its net worth is equal to or greater than $1,000,000.

8.  The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $5,000,000.

    **RESPONSE:**

    Denied.  Monarch denies that its net worth is equal to or greater than $5,000,000.

9. The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $10,000,000.

**RESPONSE:**

Denied.  Monarch denies that its net worth is equal to or greater than $10,000,000.

10. The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $15,000,000.

**RESPONSE:**

Denied.  Monarch denies that its net worth is equal to or greater than $15,000,000.

11. The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $25,000,000.

**RESPONSE:**

Denied.  Monarch denies that its net worth is equal to or greater than $25,000,000.

12. The NET WORTH of MONARCH RECOVERY MANAGEMENT, INC. is equal to or greater than $50,000,000.

**RESPONSE:**

Denied.  Monarch denies that its net worth is equal to or greater than $50,000,000.

13. Admit MONARCH RECOVERY MANAGEMENT, INC. is a 'debt collector" as defined in 15 U.S.C. § 1692a(6).

**RESPONSE:**

Admitted.  Monarch admits that, at times, its conduct renders it a debt collector as defined under 15 U.S.C. § 1692a(6).

14. Admit that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

**RESPONSE:**

Admitted.  Monarch admits that Plaintiff is a consumer as defined by 15 U.S.C. § 1692a(3) as, upon information and belief, that Plaintiff owes a debt to First Premier Bank.

15. Admit that the letter annexed to the Complaint as Exhibit A was computer generated.

    **RESPONSE:**

    Denied.  Monarch denies that the letter annexed to Plaintiff's Complaint as Exhibit A was
    computer generated.

16. Admit that the letter annexed to the Complaint as Exhibit A is a form letter.

    **RESPONSE:**

    Admitted.  Monarch admits that the letter annexed to Plaintiff's Complaint as Exhibit A is a form
    letter.

17. Admit that the letter annexed to the Complaint as Exhibit A, dated February 12, 2020 was mailed
    on February 12, 2020.

    **RESPONSE:**

    Admitted.  Monarch admits that the letter annexed to the Complaint as Exhibit A, dated February
    12, 2020 was mailed on or around February 12, 2020.

18. Admit that the letter annexed to the Complaint as Exhibit A, dated February 12, 2020 was the
    Defendant's first communication with Plaintiff.

    **RESPONSE:**

    Admitted.  Monarch admits that the letter annexed to the Complaint as Exhibit A, dated February
    12, 2020 was Monarch's first attempted communication with Plaintiff.

19. Admit that (1) during the time period of September 23, 2019 to the present, (2) MONARCH
    RECOVERY MANAGEMENT, INC. sent an initial Collection Letter to at least 40 First Premier
    Bank debtors located in Dorchester, Massachusetts (3) similar to that of "Exhibit A" annexed
    hereto, (4) which Collection letter stated "Unless you notify this office in writing within 30 days
    after receiving this notice that you dispute the validity of this debt, or any portion thereof, this
    office will assume this debt is valid.

    **RESPONSE:**

    Denied.  Monarch denies that from September 23, 2019 to the present it sent initial collection
    letters to at least 40 First Premier Bank debtors located in Dorchester, Massachusetts similar to
    that of "Exhibit A."

4

20. Admit that (1) during the time period of September 23, 2019 to the present, (2) MONARCH RECOVERY MANAGEMENT, INC. sent an initial Collection Letter to at least 40 First Premier Bank debtors located in Suffolk County, Massachusetts (3) similar to that of "Exhibit A" annexed hereto, (4) which Collection letter stated "Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.

**RESPONSE:**

Denied.  Monarch denies that from September 23, 2019 to the present it sent initial collection letters to at least 40 First Premier Bank debtors located in Suffolk, Massachusetts similar to that of "Exhibit A."

21. Admit that (1) during the time period of September 23, 2019 to the present, (2) MONARCH RECOVERY MANAGEMENT, INC. sent an initial Collection Letter to at least 40 First Premier Bank debtors located in Massachusetts (3) similar to that of "Exhibit A" annexed hereto, (4) which Collection letter stated "Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.

**RESPONSE:**

Admitted.  Monarch admits that from September 23, 2019 to the present it sent initial collection letters to at least 40 First Premier Bank debtors located in Massachusetts similar to that of "Exhibit A."

22. Admit that (1) during the time period of September 23, 2019 to the present, (2) MONARCH RECOVERY MANAGEMENT, INC. sent an initial Collection Letter to at least 40 debtors located in the State of Massachusetts (3) similar to that of "Exhibit A" annexed hereto, (4) which Collection letter stated "Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.

**RESPONSE:**

Admitted.  Monarch admits that from September 23, 2019 to the present it sent initial collection letters to at least 40 debtors located in the State of Massachusetts similar to that of "Exhibit A."

**MARGOLIS EDELSTEIN**

By: _____

RONALD M. METCHO
220 Penn Avenue, Suite 305
Scranton, PA 18503
(570) 342-4231 / (570) 342-4841 f
rmetcho@margolisedelstein.com
Attorneys for Defendant
Monarch Recovery Management, Inc.

Dated: July 9, 2021

6