IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHERWYIN ROCKE,** *individually and on behalf of all others similarly situated,* | Civil Case Number: 1:20-cv-11736-RWZ |
| **Plaintiff,** | **(PROPOSED) ORDER** |
| -against- | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | |
| **Defendant.** | |

Having considered Plaintiff Sherwyin Rocke's Motion for Summary Judgment together with the Memorandum in support thereof, and having considered any opposition thereto, it is on this \_\_\_\_ day of _____ 2022,

ORDERED that Plaintiff's motion for Summary Judgment is GRANTED.

_____
Honorable Rya W. Zobel
United States District Judge