EXHIBIT "B"

# MONARCH
### Recovery Management, Inc.

3260 Tillman Drive, Suite 75 • Bensalem, PA 19020
**Toll Free** 1(844) 280-6009 or 1(215) 281-7500 • Hours: M-TH 8am – 9pm EST, F 8am – 5pm EST

| ACCOUNT INFORMATION | | | FEBRUARY 12, 2020 |
|---|---|---|---|
| Monarch File #: 28876987 | | Creditor: | FIRST PREMIER BANK |
| Reference #: ********2511 | | Additional Information: | |

Balance: $895.77

This is to advise you that your account has been transferred to our office for collection by FIRST PREMIER BANK

The balance of your account is $895.77.

If you choose not to pay the balance in full, the creditor is willing to accept a settlement of 80% of the balance due, which is *** $716.62 ***. Our client has allowed us to extend you this offer for as long as Monarch Recovery Management, Inc. services this account. This offer does not cancel nor override your dispute rights set forth below.

Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume that this debt is valid. If you notify this office in writing within 30 days from receipt of this notice that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of the judgment against the consumer and a copy of such verification or judgment and mail it to you. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

If you have a complaint about the way we are collecting this debt, please write to our Compliance Center at 3260 Tillman Drive, Suite 75, Bensalem, PA 19020, email us at compliance@monarchrm.com, or call us toll-free at 1-800-220-0605 ext. 2261, between 9:00 A.M. Eastern Time and 5:00 P.M. Eastern Time Monday-Friday.

Yours truly

**MATT FITHIAN DEBT COLLECTOR**
**TOLL FREE 844-280-6009**



View Your Account Online
www.monarchrm.com

Monarch File #
28876987

### NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

| Online | Scan | By Phone | Live Agent |
|---|---|---|---|
| Visit us at www.monarchrm.com and choose "Make A Payment" for account details or to make a payment. | Using your smartphone  | Use our automated system 24 hours a day to make payments and much more. Call 1-800-220-0605 and choose "pay by phone". | Speak directly to a live agent by calling our call center **Toll Free** at 1-844-280-6009 |

* Detach and Return Bottom Portion to Expedite Processing *      937CZMORM01_T_475680627

3260 Tillman Drive, Suite 75
Bensalem, PA 19020
RETURN SERVICE REQUESTED

| BALANCE | MONARCH FILE # |
|---|---|
| $895.77 | 28876987 |

February 12, 2020

SHERWYN ROCKE

Make Check Payable to: Monarch Recovery

MONARCH RECOVERY MANAGEMENT, INC.
P.O. BOX 986
BENSALEM PA 19020

Pay Online Easy & Secure: www.monarchrm.com and click 'Make a Payment'