UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHERWYN ROCKE**, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>     v.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>          Defendant. | Case No.:  1:20-cv-11736-RWZ |

## PROPOSED ORDER

AND NOW this _____ day of _____, 20___, upon the submission of Defendant, Monarch Recovery Management Inc.'s Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Plaintiff, Sherwyn Rocke's Opposition to Defendant's Motion it is hereby ORDERED and DECREED that Defendant's Motion for Summary Judgment is GRANTED whereby Plaintiff's Amended Class Action Complaint is dismissed, with prejudice.

By the Court:

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE