**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SHERWYN ROCKE**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>**v.**<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>　　　　　　　　Defendant. | Case No.:  1:20-cv-11736-RWZ<br><br>**CERTIFICATE OF SERVICE** |

　　　　I Ronald M. Metcho, Esq. hereby certify that a true and correct copy of the Motion for Summary Judgment of Defendant, Monarch Recovery Management, Inc., was served on the below-listed counsel for Plaintiff, Sherwyn Rocke via ECF on March 25, 2022.

| | |
|---|---|
| Ari Marcus, Esq.<br>Yitzchak Zelman, Esq.<br>Marcus & Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>amarcus@marcuszelman.com<br>yzelman@marcuszelman.com | Kevin V.K. Crick<br>Rights Protection law Group, PLLC<br>100 Cambridge St., Suite 1400<br>Boston, MA 02114<br>k.crick@rightsprotect.com |

　　　　　　　　　　　　　　　　**MARGOLIS EDELSTEIN**

BY:　　*/s/ Ronald M. Metcho*
　　　　RONALD M. METCHO
　　　　220 Penn Avenue, Suite 305
　　　　Scranton, PA 18503
　　　　(570) 342-4231 p / (570) 342-4841 f
　　　　rmetcho@margolisedelstein.com
　　　　Attorneys for Defendant
　　　　Monarch Recovery Management, Inc.