IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHERWYN ROCKE,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>-against-<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>**Defendant.** | Civil Case Number: 1:20-cv-11736-LTS |

**ORDER**

**AND NOW**, on this  29 th  day of December, 2023, in light of the parties' Joint Status Report and Stipulation on Damages filed on December 28, 2023, it is **ORDERED** as follows:

1. The Plaintiff is hereby awarded $1,000.00 in statutory damages for his individual claim under Section 1692g;

2. The Class is hereby awarded $9,859.41 in statutory damages for the class claim asserted under Section 1692g;

3. The Plaintiff shall submit her Motion for Attorney's Fees and Costs no later than 45 days from the entry of this Order, with Defendant's opposition to that Motion due 30 days after the filing of that Motion, and Plaintiff's Reply due 14 days after the filing of Defendant's Opposition.

/s/ Leo T. Sorokin
Honorable Leo T. Sorokin
United States District Judge

COPIES **VIA ECF**