IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERWYN ROCKE, *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>-against-<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>**Defendant.** | Civil Case Number: 1:20-cv-11736-LTS |

**ORDER**

**AND NOW**, on this __14__ day of March, 2024, in light of the parties' Stipulation on Attorneys Fees and Costs filed on March 13, 2023, it is **ORDERED** as follows:

1. Defendant is directed to pay, within thirty days of entry of this Order, the statutory damages to the Plaintiff and the class, in the amounts already agreed by the parties and as previously ordered by the Court;

2. Defendant will pay, within thirty days of entry of this Order, the costs of class administration;

3. Defendant is directed to pay, within thirty days of entry of this Order, $117,500 to Plaintiff's counsel, as payment in full of Plaintiff's attorneys fees and costs incurred in this action.

4. The Clerk is directed to administratively terminate this case, with any applications for leave to reopen to be filed within 60 days of entry of this Order.

/s/ Leo T. Sorokin
_____
Honorable Leo T. Sorokin
United States District Judge

COPIES **VIA ECF**